# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| TCF INVENTORY FINANCE, INC., ) | |
| ) | Case 3:15-cv-569 |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| GREAT WAKES BOATING, INC. and ) | |
| BRETT HOUGHTON, ) | |
| ) | |
| Defendants. ) | |

## SUGGESTION OF BANKRUPTCY

COMES judgment-debtor Brett W. Houghton, by and through counsel, and suggests for the record that he filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the Eastern District of Tennessee on June 24, 2016, being case number 16-31934.

This 24th day of June, 2016.

/s/ Dale J. Montpelier
Dale J. Montpelier, BPR #17125
MONTPELIER, COLE, DELLA-RODOLFA & FORD, P.C.
120 Suburban Road, Suite 203
Knoxville, Tennessee 37923
Telephone: (865) 673-0330

Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Dale J. Montpelier
Attorney